RASHAD ABDALLAH, CA Bar No. 345286
    rashad.abdallah@foley.com
FOLEY & LARDNER LLP
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CALIFORNIA 92130
TELEPHONE:  858.847.6700
FACSIMILE:   858.792.6773

RYAN N. PARSONS (to be admitted *Pro Hac Vice*)
    rparsons@foley.com
FOLEY & LARDNER LLP
777 E. WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306
TELEPHONE:  414.271.2400
FACSIMILE:   414.297.4900

Attorneys for Defendants
INGERSOLL RAND RETIREMENT
SAVINGS PLAN and INGERSOLL
RAND BENEFITS COMMITTEE


BRIAN GUNNISON
564 BLIGHT ROAD
GRASS VALLEY, CA 95945
EMAIL: bgunnison@gmail.com

PRO SE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GUNNISON,<br><br>                              Plaintiff,<br><br>        vs.<br><br>INGERSOLL RAND RETIREMENT SAVINGS PLAN and INGERSOLL RAND BENEFITS COMMITTEE,<br><br>                              Defendants. | Case No. 2:26-cv-00972-TLN-AC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (L.R. 144(A))**<br><br>Judge: Hon. Troy L. Nunley<br>Ctrm:  2, 15th Floor<br><br>Complaint Filed:    March 18, 2026 |

Plaintiff BRIAN GUNNISON ("Plaintiff") and Defendants INGERSOLL RAND RETIREMENT SAVINGS PLAN and INGERSOLL RAND BENEFITS COMMITTEE ("Defendants"), by and through their undersigned counsel, and pursuant to Civil Local Rule 144(a), respectfully submit this Joint Stipulation to Extend Time for Defendants to file an Answer, or other responsive pleading, to Plaintiff's Complaint.

WHEREAS, on March 18, 2026, Plaintiff filed his Complaint in the above-captioned action (the "Complaint") (Dkt. 1);

WHEREAS, on May 26, 2026, Plaintiff caused the Complaint and Summons to be served on Defendants (Dkt. 5);

WHEREAS, pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendants' deadline for filing their response to the Complaint is June 16, 2026;

WHEREAS, on June 11, 2026, Plaintiff and undersigned counsel for Defendants conferred by e-mail, and Plaintiff stated he had no objection to an extension of time for Defendants to answer or otherwise respond to the Complaint, until June 30, 2026;

WHEREAS, counsel for Defendants were only recently retained and require additional time for assessment and investigation of this matter before answering or otherwise responding to the Complaint;

WHEREAS, Plaintiff and Defendants stipulate to a 14-day extension of Defendants' deadline to respond to the Complaint by answer or other responsive pleading;

WHEREAS, such stipulation does not alter the date of any event or deadline already fixed by Court order;

WHEREAS, pursuant to Local Rule 144(a), which allows, in pertinent part, for "an initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint… without approval of the Court if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation"; and

WHEREAS, pursuant to Local Rule 144(a), the parties may seek an extension of time by stipulation with Court approval.

**NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE** that Defendants' deadline to answer or otherwise respond to the Complaint is hereby extended fourteen (14) days, until and including **June 30, 2026**.

**IT IS SO STIPULATED AND AGREED.**

DATED: June 12, 2026

/s/ Brian Gunnison
Brian Gunnison
Pro Se

DATED: June 12, 2026        **FOLEY & LARDNER LLP**
RASHAD ABDALLAH

/s/ Rashad Abdallah
Rashad Abdallah
Attorney for Defendants
INGERSOLL RAND RETIREMENT
SAVINGS PLAN and INGERSOLL
RAND BENEFITS COMMITTEE

\* I attest that the other signatory listed, and on whose behalf this filing is submitted, concurs in the filing content and has authorized this filing.

DATED: June 12, 2026        /s/ Rashad Abdallah
Rashad Abdallah

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 15, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE