United States District Court
Eastern District of California

Brian Gunnison
Plaintiff(s)

V.

Ingersol Rand Retirement Savings Plan, et al.
Defendant(s)

Case Number: 2:26-cv-00972-TLN-AC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Ryan N. Parsons hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Ingersoll Rand Retirement Savings Plan and Ingersoll Rand Benefits Committee

On 05/24/2010 (date), I was admitted to practice and presently in good standing in the State of Wisconsin (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/01/2026

Signature of Applicant: /s/ Ryan N. Parsons

**Pro Hac Vice Attorney**

Applicant's Name: Ryan N. Parsons

Law Firm Name: Foley & Lardner LLP

Address: 777 E. Wisconsin Avenue

City: Milwaukee State: WI Zip: 53202

Phone Number w/Area Code: (414) 271-2400

City and State of Residence: Milwaukee, WI

Primary E-mail Address: rparsons@foley.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Rashad Abdallah

Law Firm Name: Foley & Lardner LLP

Address: 11988 El Camino Real, Suite 400

City: San Diego State: CA Zip: 92130

Phone Number w/Area Code: (858) 847-6700 Bar # 345286

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 12, 2026

Allison Claire

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE